UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CRIM. NO. 08-14-M-01 (DAR) |
| : | |
| MICHAEL LOGAN : | |
| Defendant : | |

**UNOPPOSED MOTION TO ADMIT B. EUGENE FULGHUM, JR. AND KEITH DAVID SKLAR *PRO HAC VICE* AS COUNSEL FOR DEFENDANT**

Pursuant to Local Cr. R. 44.1(c) and (d), Michael Logan, Defendant through undersigned counsel, hereby moves that B. Eugene Fulghum, Jr., Esquire and Keith David Sklar, Esquire be admitted to this Court to act as counsel for Defendant, *pro hac vice*.[1] Undersigned counsel is a member in good standing of the Bar of this Court and in moving this request agrees, pursuant to LCrR 44.1(c), to sign all papers to be filed with Messrs. Fulghum and Sklar.[2] In further support of this motion, the Certifications of B. Eugene Fulghum, Jr. and Keith David Sklar are attached.

This issue was raised in open court orally by counsel yesterday, February 19, 2008, and counsel for the government did not oppose this motion, which was provisionally granted by the Court. A form of Order is attached hereto.

---

[1] A slightly different version of this motion was tendered to the Court on February 19, 2008. That version did not reflect Mr. Sklar's application nor did it reflect that the motion was unopposed.

[2] As stated in court on February 19, 2008, it is not undersigned counsel's intention to formally enter an appearance on behalf of Mr. Logan but to instead assist Mr. Fulghum and Mr. Sklar with signing and filing all papers filed in this matter in compliance with LCrR 44.1(c).

WHEREFORE, defendant Michael Logan respectfully requests that this Court grant his Motion for Admission *pro hac vice* of B. Eugene Fulghum, Jr and Keith David Sklar.

Respectfully submitted,

_____/s/_____

Preston Burton
D.C. Bar No. 426378
Orrick, Herrington & Sutcliffe
1152 15th Street, N.W.
Washington, D.C. 20005
(202) 339-8400
(202) 229-8500 (fax)
pburton@orrick.com

February 20, 2008

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CRIM. NO. 08-14-M-01 (DAR) |
| : | |
| MICHAEL LOGAN : | |
| Defendant : | |

## ORDER

For the reasons set forth in Defendant's Unopposed Motion to Admit B. Eugene Fulghum, Jr., Esquire and Keith David Sklar, Esquire pro hac vice in this matter as counsel for the Defendant, it is hereby ORDERED that the Motion is hereby GRANTED.

It is SO ORDERED this ___ day of February 2008.

_____
Deborah A. Robinson
United States Magistrate Judge

Copies to:
Counsel of Record

## CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2008, I caused a true copy of the foregoing Motion and attachments to be served electronically via the Court's ECF system on counsel of record for the United States. Further, I caused an electronic version of the foregoing to be served on:

>B. Eugene Fulghum, Jr., Esquire
>2001 Lincoln Drive West, Suite A
>Marlton, NJ  08053
>(609) 922-4609 (cell)
>bef4law@aol.com

and

>Keith David Sklar, Esquire
>Law Offices of Sklar Smith-Sklar
>1901 N. Olden Avenue
>Suite 22
>Ewing, NJ  08618
>(609) 882-9800
>cismithsklar@hotmail.com

                                                    /s/
                                        Preston Burton

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| V. | : |
| | : CRIM NO. 08-14-M-01 |
| | : |
| MICHAEL LOGAN | : |
| Defendant | : |

**CERTIFICATION OF KEITH DAVID SKLAR
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, KEITH DAVID SKLAR, do hereby certify as follows:

1. My full name is Keith David Sklar.

2. My office address is 1901 N. Olden Avenue, Suite 22, Ewing, New Jersey 08618.

3. I have been admitted to the following Bars:

   a) Commonwealth of Pennsylvania

   b) State of New Jersey

   c) United States District Court for the District of New Jersey

   d) United States Court of Appeals for the Third Circuit

4. I have never been disciplined by any of the bars to which I have belonged.

5. Should I be admitted *Pro Hac Vice* to this Court in this matter, this will be the first time I will have been so admitted.

OHS East:160388097.1
1-3391 PB3/ECO

6.  I am not engaged in the practice of law from an office located in the District of Columbia.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Respectfully submitted,

_____/s/_____
KEITH DAVID SKLAR, Esquire

Dated: February 20, 2008

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :
                                  :
         v.                       :
                                  :   CRIM. NO. 08-14-M-01 (DAR)
                                  :
MICHAEL LOGAN                     :
         Defendant                :

### CERTIFICATION OF B. EUGENE FULGHUM, JR.
### IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, B. Eugene Fulghum, Jr., do hereby certify as follows:

1. My full name is Bernard Eugene Fulghum, Jr.

2. My office address is 2001 Lincoln Drive West, Suite "A", Marlton, New Jersey 08053.

3. I have been admitted to the following Bars:

    a) United States District Court for the Eastern District of Louisiana;

    b) United States Court of Appeals for the Fifth Circuit;

    c) State of Louisiana;

    d) United States District Court for the Eastern District of Pennsylvania;

    e) United States District Court for the Middle District of Pennsylvania;

    f) Commonwealth of Pennsylvania;

g) United States District Court for the District of New Jersey:

h) United States Court of Appeals for the Third Circuit; and

i) State of New Jersey.

4. I have never been disciplined by any of the bars to which I have belonged.

5. Should I be admitted *Pro Hac Vice* to this Court in this matter, this will be the first time I will have been so admitted.

6. I am not engaged in the practice of law from an office located in the District of Columbia.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Respectfully submitted,

/s/
B. Eugene Fulghum, Jr.

Dated: February 20, 2008