AO442(Rev 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

V.

MICHAEL DWAYNE LOGAN

**WARRANT FOR ARREST**

CASE NUMBER: 08-014-M-01

FILED

FEB 19 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest MICHAEL DWAYNE LOGAN
                                                Name
and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

See Attached Affidavit

in violation of Title __18__ United States Code, Section(s) § 2319(B).

DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE

Name of Issuing Officer

_[signature]_
Signature of Issuing Officer

Title of Issuing Officer

JAN 14 2008   District of Columbia

Date and Location

Bail fixed at $ _HWOB_   by _[signature]_
                                Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED<br>2/19/08 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST<br>2/19/08 | Jessica Schwartz, AUSA | Jessica Schwartz |

1435448