UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THE UNITED STATES OF AMERICA :  Case No: 2008-014-M
:
v. :
:  **FILED**
MICHAEL LOGAN :
:  FEB 1 9 2008
:
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

Upon oral motion of the Government, and for good cause shown, it is this 19th day of February, 2008, hereby ORDERED that the defendant, Michael Logan, appear on March 5, 2008, at 9:30 a.m., at the central cellblock at 300 Indiana Avenue, N.W., Washington, D.C., for the purpose of booking, fingerprinting, photographing and processing on the charges contained in the complaint against him in this case with FBI Special Agent Cynthia Paige Pinson or another agent.

DEBORAH A. ROBINSON
UNITED STATES MAGISTRATE JUDGE