UNITED STATES OF AMERICA	:	Crim. No. 2008-014-M