UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 2008-014-M |
| | : | |
| v. | : | |
| | : | |
| MICHAEL DWAYNE LOGAN | : | |
| | : | |
| Defendant. | | |

NOTICE OF ASSIGNMENT AND APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above captioned matter is assigned to Assistant United States Attorney Jonathan Haray, D.C. Bar #480140, telephone number (202) 353-2877 and this is notice of his appearance in this matter on behalf of the United States.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

_____/s/_____
JONATHAN HARAY
ASSISTANT UNITED STATES ATTORNEY
Bar No. D.C. BAR #480140
555 4th Street, N.W., Room 5838
Washington, DC 20530
(202) 353-2877
jonathan.haray@usdoj.gov

CERTIFICATE OF SERVICE

    I hereby certify that the foregoing was sent by electronic message to the following counsel this __28th___ day of February, 2008:

B. Eugene Fulghum
2001 Lincoln Drive West, Suite A
Marlton, NJ 08053
bef4law@aol.com

Keith D. Sklar
1901 N. Olden Avenue, Suite 22
Ewing, NJ 08618
cismithsklar@hotmail.com

Preston Burton
Orrick, Herrington & Sutcliffe, LLP
1152 15th Street, NW
Washington, DC 20005
pburton@orrick.com

                                              _____
                                              JONATHAN HARAY
                                              ASSISTANT UNITED STATES ATTORNEY