UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CRIM. NO. 08-14-M-01 (DAR) |
| : | |
| MICHAEL LOGAN, : | |
| Defendant : | |

**FILED**

FEB 20 2008

Clerk, U.S. District and
Bankruptcy Courts

**NOTICE OF APPEARANCE**

To the Clerk of the Court and all parties and counsel of record, please enter the appearance of B. Eugene Fulghum, Jr. and Howard David Sklar as retained counsel for Defendant, Michael Logan, in this matter. Messrs. Fulghum and Sklar are before the Court *pro hac vice* and in compliance with LCr.R 44(1)(c), they have engaged Preston Burton, a member of the Bar of the Court, to move their admission and file and sign papers on their behalf. Mr. Burton is not, however, entering his appearance on behalf of Mr. Logan.

Respectfully submitted,

_____/S/_____
B. Eugene Fulghum, Jr., Esquire
2001 Lincoln Drive West, Suite A
Marlton, NJ 08053
(609) 922-4609 (cell)
bef4law@aol.com

Howard David Sklar, Esquire
Law Offices of Sklar Smith-Sklar
1901 N. Olden Avenue
Suite 22
Ewing, NJ 08618
(609) 882-9800
cismithsklar@hotmail.com

*Counsel for Michael Logan*

BY:

                          /S/
Preston Burton, D.C. Bar No. 426378
ORRICK, HERRINGTON & SUTCLIFFE LLP
1152 15th Street, N.W.
Washington, DC  20005
Telephone: 202-339-8400
Facsimile: 202-339-8500

February 20, 2008           *LCr.R. 44.1 (c) Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2008, I caused a true copy of the foregoing Notice of Appearance to be served electronically via the Court's ECF system on counsel of record for the United States. Further, I caused an electronic version of the foregoing to be served on:

>B. Eugene Fulghum, Jr., Esquire
>2001 Lincoln Drive West, Suite A
>Marlton, NJ 08053
>(609) 922-4609 (cell)
>bef4law@aol.com

and
>Howard David Sklar, Esquire
>Law Offices of Sklar Smith-Sklar
>1901 N. Olden Avenue
>Suite 22
>Ewing, NJ 08618
>(609) 882-9800
>cismithsklar@hotmail.com

/S/
_____
Preston Burton