AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

FOR THE **DISTRICT OF** COLUMBIA

UNITED STATES OF AMERICA

V.

MICHAEL LOGAN

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: 2008 -014 -M

**FILED**

MAR 0 5 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

I, Michael Logan, charged in a (complaint) (petition) pending in this District with unauthorized recording of motion pictures in a motion picture exhibition facility in violation of Title 18, U.S.C., Section 2319B,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

_3/5/08_
Date

_2/28/08_
Date

_[signature]_
Defendant

_[signature]_
Counsel for Defendant

_[signature]_
Local Counsel for Defendant