UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 08-MJ-00014 (DAR)** |
| | : | |
| v. | : | |
| | : | |
| **MICHAEL DWAYNE LOGAN,** | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF APPEARANCE AND ASSIGNMENT

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Sherri L. Schornstein, at telephone number 202-514-6956 and/or email address Sherri.Schornstein@usdoj.gov   Please enter the appearance of Assistant United States Attorney Sherri L. Schornstein, Bar Number 415219, telephone number (202) 514-6956, as lead attorney in the above reference matter along with Assistant United States Attorney Jonathan W. Haray, telephone number (202) 353-2877.  This is notice of the appearance of Assistant United States Attorney Sherri L.  Schornstein in this matter on behalf of the United States.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
D.C. Bar # 498610

              /s/
_____
SHERRI L. SCHORNSTEIN
Assistant United States Attorney
D.C. Bar # 415219
Fraud and Public Corruption Section
555 4th Street, NW,  Room 5229
Washington, DC 20530
(202) 514-6956,  (202) 307-2304 (fax)